

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

*Filed*
*1/13/04*
*USDC*
*04-12127*
*RGS*

January 4, 2005

Vanguard Carpentry, Inc.
574 Boston Avenue
Medford, MA 02155

    I, **William Francis Galvin, Secretary of the Commonwealth of Massachusetts,** do hereby forward by certified mail a copy of an order of Notice issued under section 37 of Chapter 223 of the Massachusetts General Laws, issued by: **United States District Court 04-12127 RGS** in the case of

**Massachusetts Carpenters Central Collection Agency**
v.
**Vanguard Carpentry, Inc.**

and delivered to me pursuant to section 37 of Chapter 223
of the General Laws

**WILLIAM FRANCIS GALVIN**
**SECRETARY OF THE**
**COMMONWEALTH**

One Ashburton Place, 17th Floor · Boston, Massachusetts 02108 · (617) 727-0104
www.state.ma.us/sec/cor