UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al )
    Plaintiffs, )
    ) CIVIL ACTION
v. ) NO. 04-12127-RGS
    )
VANGUARD CARPENTRY, )
    Defendant. )
_____)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Vanguard Carpentry, 574 Boston Avenue, Medford, MA 02155, in the above-captioned action. Defendant Vanguard Carpentry was served with the complaint on January 4, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: January 28, 2005                    Respectfully submitted,

                                              Christopher N. Souris
                                              BBO #556343
                                              KRAKOW & SOURIS, LLC
                                              225 Friend Street
                                              Boston, MA 02114
                                              (617) 723-8440
                                              /s/ Christopher N. Souris
                                              Attorney for plaintiff Massachusetts
                                              Carpenters Central Collection Agency

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Vanguard Carpentry, 574 Boston Avenue, Medford, MA 02155

/s/ Christopher N. Souris

Christopher N. Souris