UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY et al | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-12127-RGS |
| | ) |
| VANGUARD CARPENTRY, INC., | ) |
| Defendant. | ) |
| | ) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al, upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Vanguard Carpentry to pay to the plaintiffs the sum of $21,991.91 in damages and taxable costs.

Dated: April 7, 2005

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114    (617) 723-8440
/s/Christopher N. Souris
Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Vanguard Carpentry, 574 Boston Avenue, Medford, MA 02155.

/s/ Christopher N. Souris
Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY et al | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-12127-RGS |
| | ) |
| VANGUARD CARPENTRY, INC., | ) |
| Defendant. | ) |
| _____ | ) |

**JUDGMENT**

STEARNS, D.J.

Defendant Vanguard Carpentry, Inc. having failed to plead or otherwise defend in this action and default having been entered on February 23, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $21,841.91, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $150.00 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Vanguard Carpentry, Inc. the sum of $21,991.91 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated:_____

CERTIFICATE OF SERVICE

       I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Vanguard Carpentry, 574 Boston Avenue, Medford, MA 02155.

                                         /s/ Christopher N. Souris
                                         Christopher N. Souris