UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY et al, Plaintiffs, | )<br>)<br>)<br>) CIVIL ACTION |
| v. | ) NO. 04-12127-RGS<br>) |
| VANGUARD CARPENTRY, INC., Defendant. | )<br>)<br>) |

**JUDGMENT**

STEARNS, D.J.

Defendant Vanguard Carpentry, Inc. having failed to plead or otherwise defend in this action and default having been entered on February 23, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $21,841.91, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $150.00 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Vanguard Carpentry, Inc. the sum of $21,991.91 with interest as provided by law.

By the Court,

_/s/ Duane Flaherty_
Deputy Clerk

Dated: 4/15/05

3. Defendant Vanguard Carpentry has failed to make contributions and payments to plaintiffs for hours of work performed by its employees, and the Agency has calculated that defendant is delinquent in its contributions and payments due to the Agency based on those hours of work through October 2002 and the applicable hourly contribution rate or rates in the principal amount of $14,512.32.

4. The various collective bargaining agreements referenced above upon which defendant's contribution obligation is based provide for interest on delinquent contributions to be assessed at rates that range between 2% over prime to 6% over prime, depending on the particular agreement pursuant to which the work was performed, and such interest is also expressly mandated by law. 29 U.S.C. §1132(g)(2)(B).

5. The Agency has calculated the interest charges on the principal amount owed to the Agency by Vanguard Carpentry based on the applicable interest rate computed to March 2005 to be $3,607.13.

6. The various collective bargaining agreements referenced above provide, in addition to interest, for liquidated damages to be assessed on delinquent contributions at the rate of 20% of the principal amount due in the event the plaintiffs are required to sue to collect the delinquency, and such liquidated damages are also expressly mandated by law. 29 U.S.C. §1132(g)(2)(C).

7. The Agency has calculated the liquidated damages of 20% on the principal amount owed to be $2,902.46.

8. The reasonable attorney's fees for instituting and prosecuting this action that are required by the relevant collective bargaining agreements and that are also expressly mandated by law, 29 U.S.C. §1131(g)(2)(D), are $820.00.

9. The costs incurred by the plaintiff in bringing this action consisting of filing and service fees total $150.00.

10. The total amount owed to the Massachusetts Carpenters Central Collection Agency by defendants consisting of the separate amounts listed in paragraphs 3 through 9 of this affidavit, totals $21,991.91.

11. The defendant is neither an infant and/or an incompetent person, nor in the military services of the United States.

I declare under the penalties of perjury that the foregoing is true and correct this 5th day of April 2005.

/s/ Harry Dow

Harry Dow, Director Massachusetts
Carpenters Central Collection Agency

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Vanguard Carpentry, 574 Boston Avenue, Medford, MA 02155

/s/ Christopher N. Souris

Christopher N. Souris